# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

STEVEN MADER,

        Petitioner

        v.

DUQUESNE LIGHT COMPANY,

        Respondent

: No. 502 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1) Whether it is within the trial court's discretion to grant a new trial on all damages when the jury's verdict as to significant portions of the damages verdict is so irrational that it shocks one's sense of justice.

(2) Whether the panel misapplied the abuse of discretion standard and created new law by requiring a piecemeal evaluation of a clearly improper damages verdict.